**Lydia M. MARTIN, Plaintiff-Appellant,**

v.

**ARKANSAS DEPARTMENT OF HEALTH, Defendant-Appellee.**

**No. 16-3918**

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2017

Filed: July 25, 2017

Lydia M. Martin, Pro Se

Reginald Adolph Rogers, Arkansas Department of Health, Little Rock, AR, for Defendant-Appellee

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Lydia M. Martin appeals district court[1] orders dismissing some claims for failure to state a claim, and granting summary judgment to defendant on her remaining claim, in her employment-discrimination action against the Arkansas Department of

---

1. The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.

Health (ADH). After de novo review of the issues that Martin raises, as we understand them, we find no basis for overturning the entry of judgment in ADH's favor. The judgment of the district court is therefore affirmed. *See* 8th Cir. R. 47B.